*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**      Date:    November 7, 2024

vs.      Case No.:    24-mj-02076-DPR-01

**PRESTON HENRY BUSTILLO**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**    Preliminary Hearing
                        Detention Hearing

**Time Commenced:**   9:06 a.m.                     **Time Terminated:**   9:10 a.m.

---

**APPEARANCES**

**Plaintiff:**      Mike Oliver, AUSA
**Defendant:**    Erica Mynarich, CJA
**USPPTS:**      Carrie Green

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

    **Preliminary Hearing:** Court takes notice of the court file which includes a signed affidavit in support of the complaint. No evidence presented with regard to probable cause. Court finds probable cause and orders the matter held for grand jury or other proceedings.

    **Detention Hearing:** The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 3) but orally moved to withdraw their motion, which was granted. Defendant has read and agrees to abide by the signed *Appearance Bond* and *Order Setting Conditions of Release*.

    **Custody:** Defendant on bond.

---

**Courtroom Deputy/ERO:** Jaime Hanna