IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 24-MJ-02076-01-DPR |
| ) | |
| PRESTON HENRY BUSTILLO, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the Government's Motion to Dismiss. (Doc. 24). Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." A district court may deny leave under two circumstances: "when the defendant objects to the dismissal, and when dismissal is clearly contrary to the manifest public interest." *United States v. Jacobo-Zavala*, 241 F.3d 1009, 1012 (8th Cir. 2001). Defendant has not objected to the motion. Furthermore, the Court finds no clear conflict with public interest. Accordingly, it is **ORDERED** that the Motion to Dismiss (Doc. 24) is **GRANTED**, the Complaint is **DISMISSED** without prejudice, and the Defendant is discharged. The Clerk of Court is directed to mark this case as closed.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: November 6, 2025